63619, 63620. STATE v. EDWARDS (two cases).

POPE, Judge.

The appellee in the above cases filed a motion in the trial court demanding a "trial by jury" identical to the motion filed in *State v. Adamczyk,* 162 Ga. App. 288 (290 SE2d 149) (1982). The wording of such motion does not constitute a demand for trial under Code § 27-1901.

Accordingly, we reverse the trial court's judgment of acquittal.
*Judgments reversed. Deen, P. J., and Sognier, J., concur.*